IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEONID KOLIK, #23-407-280       *
        Petitioner,
    v.       *   CIVIL ACTION NO. WMN-05-2048

DIRECTOR DOUGLAS C. DEVENYNS     *
        Respondent.
                                ******

## MEMORANDUM

Petitioner Leonid Kolik, a native of the U.S.S.R. and a citizen of Belarus, filed this 28 U.S.C. § 2241 Petition for writ of habeas corpus relief on July 22, 2005.  Paper No. 1.  Petitioner claims that he was taken into Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") custody on January 31, 2005, and contends that his post-removal-order detention violates due process and constitutes a statutory violation of 8 U.S.C. § 1231(a)(6) under *Zadvydas v. Davis*, 533 U.S. 678 (2001).  *Id*.  He seeks release from ICE custody and an injunction to enjoin Respondent from detaining him further. *Id*.

A Response was filed on August 29, 2005. Paper No. 6.  The record shows that on October 21, 1997,  Petitioner was ordered removed to Belarus in absentia.  *Id*., Ex. A.  Respondent claims that Petitioner was taken into ICE custody on February 17, 2005.  On August 10, 2005, he was released from ICE custody under an order of supervision.  *Id*., Ex. B.

Petitioner's release from custody on immigration supervision moots his habeas relief request. *See Picron-Peron v. Rison*, 930 F.2d 773, 775-76 (9th Cir. 1991).   Therefore, his Petition shall be dismissed.  A separate Order follows.

                                                   /s/
Date:  August 29, 2005                _____
                                           William M. Nickerson
                                           Senior United States District Judge